# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v. )<br>)<br>JOSE REYNOSO, )<br>)<br>**DEFENDANT** ) | **CRIMINAL NO. 2:08-CR-111-DBH** |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

The motion is **GRANTED** with the court's thanks.  Counsel has fully completed the assigned task.

**SO ORDERED.**

**DATED THIS 18TH DAY OF JUNE, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**