# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> v. ) <br> ) <br> JOSE REYNOSO, ) <br> ) <br> **DEFENDANT** ) | **CRIMINAL NO. 2:08-CR-111-DBH** |

## ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION

The defendant has filed a motion asking that the Court reconsider the denial of his 28 U.S.C. 2255 petition. The motion for reconsideration is **DENIED**. No certificate of appealability shall issue in the event the defendant files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 31ST DAY OF MARCH, 2014**

/s/D. Brock Hornby  
**D. BROCK HORNBY**  
**UNITED STATES DISTRICT JUDGE**