**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>JOSE ANDRES REYNOSO, )<br>)<br>DEFENDANT ) | CRIMINAL NO. 2:08-CR-111-DBH |

**ORDER ON DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL AND MOTION TO REDUCE SENTENCE**

The defendant Jose Andres Reynoso is serving a 125-month federal prison sentence imposed by this Court. He has filed a motion requesting appointment of counsel to seek a sentence reduction and a motion for sentence reduction based upon the United States Sentencing Commission's recent decision. Mot. for Appointment of Counsel & Mot. to Reduce Sentence (ECF Nos. 138 and 139). He refers specifically to the United States Sentencing Commission's recent decision in Amendment 782 to make retroactive a reduction in penalties for drug-related sentences. Amendment to the Sentencing Guidelines July 18, 2014 http://www.ussc.gov/sites/default/files/pdf/amendment-process/reader-friendly-amendments/20140718_RF_Amendment782.pdf (last visited August 29, 2014).

Amendment 782 by its specific language, however, directs that any release based upon its terms can occur no earlier than November 1, *2015*, some 15 months from now. Id. This District, like many others, will devise processes and procedures to review the cases of federal prisoners sentenced here who may be

covered by Amendment 782, and will appoint counsel as necessary. The defendant's motions are premature at this time and are **DENIED WITHOUT PREJUDICE**.

**SO ORDERED.**

**DATED THIS 2ND DAY OF SEPTEMBER, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**